IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDDIE THOMAS                                                                   PLAINTIFF

v.                              No. 2:19-cv-76-DPM

SOUTHWESTERN BELL TELEPHONE
COMPANY OF ARKANSAS; AT&T
CORP.; MATTHEW ALBRECHT; RICK
SEAWEL; and JOHN DOES 1–10                                              DEFENDANTS

## ORDER

Response, *Doc. 49*, appreciated. Mr. Thomas has advised the Court that he intends to represent himself. The stay is lifted. An Order for *Pro Se* Plaintiffs and a Second Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 March 2021