IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDDIE THOMAS                                                         PLAINTIFF

v.                                    No. 2:19-cv-76-DPM

SOUTHWESTERN BELL TELEPHONE
COMPANY OF ARKANSAS; AT&T
CORP.; MATTHEW ALBRECHT; RICK
SEAWEL; and JOHN DOES 1-10                            DEFENDANTS

ORDER

The Court must try older cases the week of 4 October 2021. The Second Amended Final Scheduling Order, *Doc. 52*, is suspended. The Court will rule on the pending motion for summary judgment and re-set the trial and unexpired deadlines if this case needs a trial.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 August 2021