## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**EDDIE THOMAS**                                                            **PLAINTIFF**

**v.**                                    **No. 2:19-cv-76-DPM**

**SOUTHWESTERN BELL TELEPHONE**
**COMPANY OF ARKANSAS;  AT&T**
**CORP.; and MATTHEW ALBRECHT**                     **DEFENDANTS**

### ORDER

Thomas's motion *in limine*, *Doc. 58*, is denied without prejudice. In light of the Court's recent Order on the merits, *Doc. 61*, he should present whatever arguments he wishes to make before the new deadline, *Doc. 62 at 1*.

So Ordered.

D.P. Marshall Jr.
United States District Judge

21 March 2022