**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

---

**EDDIE THOMAS,**

     **Plaintiff,**

**vs.**                                                                   **No.:    2:19-cv-00076-DPM**

**SOUTHWESTERN BELL TELEPHONE**
**COMPANY OF ARKANSAS,**
**AT&T CORP.,**
**MATTHEW ALBRECHT,**
**RICK SEAWEL, and**
**JOHN DOES 1-10,**

     **Defendants.**

---

## JOINT MOTION FOR SETTLEMENT CONFERENCE

---

The Defendants, Southwestern Bell Telephone Company of Arkansas, AT&T Corp., and Matthew Albrecht (collectively, the "Defendants"), and Plaintiff, Eddie Thomas ("Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby file this Joint Motion for Settlement Conference pursuant to the Court's request in its text entry of May 20, 2022, (D.E. 65).

On March 17, 2022, following full briefing on Defendants' joint Motion for Summary Judgment, (*see* D.E. 53-55), the Court dismissed the claim against Rick Seawel; however, the Court permitted the claim against the remaining Defendants to proceed.  (*See* D.E. 61). Following the entry of its Order, the Court issued its Third Amended Final Scheduling Order, (D.E. 62), which required that, among other things, the Parties make a joint request for a settlement conference on or before July 1, 2022.

In advance of this deadline, on May 17, 2022, Defendants' counsel sent a letter to Plaintiff inquiring into whether Plaintiff had retained new counsel pursuant to the Court's Order and whether Plaintiff would join Defendants in moving for a settlement conference.  On May 19, 2022, James M. Valley, Esq. contacted Defendants' counsel by telephone, as well as by letter via electronic mail the same day, and advised that he would be representing Plaintiff for the duration of the case.  Mr. Valley filed a Notice of Appearance with the Court the same day.  (D.E. 64). Mr. Valley's May 19th letter also expressed that Plaintiff was willing to join Defendants in asking the Court for a settlement conference.  On May 20, 2022, by text entry, the Court noted Mr. Valley's participation and asked that the Parties notify the Court on or before June 10, 2022 as to whether they desire a settlement conference.

Given the narrow issues remaining in dispute, and the entry of new counsel for the Plaintiff, the Parties believe that a settlement conference is beneficial and is likely to facilitate the final disposition of this case, which would obviate the need for a trial on October 3, 2022.

**WHEREFORE, PREMISES CONSIDERED**, the Parties move the Court to order a settlement conference in this case and refer the matter to Magistrate Judge Jerome T Kearney for that conference.  The Parties, through counsel, consulted and collaboratively prepared this Joint Motion.

DATED: May 24, 2022.

Respectfully and jointly submitted,


**GLANKLER BROWN, PLLC**

Charles W. Hill (TN #5452)
Aubrey B. Greer (TN #35613)
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
Telephone:  (901) 525-1322
Facsimile:  (901) 525-2389
E-Mail: chill@glankler.com
            agreer@glankler.com

*Attorneys for Southwestern Bell Telephone Company of Arkansas, AT&T Corp., and Matthew Albrecht*


**JAMES F. VALLEY, ESQ., P.A.**

James F. Valley (AR #96052)
5657 Highway 242 West
Lexa, Arkansas 72355
Telephone:  (870) 228-9002
james@jamesfvalley.com

*Attorney for Plaintiff, Eddie Thomas*


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all parties in this cause via the Court's ECF system and/or United States Mail, postage pre-paid.


_____/s/  Aubrey B. Greer_____
            Aubrey B. Greer