IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDDIE THOMAS                                                           PLAINTIFF

v.                       No. 2:19-cv-76-DPM

SOUTHWESTERN BELL TELEPHONE
COMPANY OF ARKANSAS; AT&T
CORP.; MATTHEW ALBRECHT; RICK
SEAWEL; and JOHN DOES 1-10                         DEFENDANTS

## JUDGMENT

Thomas's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 7 November 2022 to enforce the parties' settlement.

*W.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

13 September 2022